

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ANNABELL LIZETTE PLASCENCIA,<br><br>　　　　Defendant. | Criminal Case No. 08CR2160-W<br><br>I N F O R M A T I O N<br><br>Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana (Felony) |

The United States Attorney charges:

On or about June 3, 2008, within the Southern District of California, defendant ANNABELL LIZETTE PLASCENCIA, did knowingly and intentionally import approximately 30.80 kilograms (67.76 pounds) of Marijuana, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: Jun 30, 2008.

KAREN P. HEWITT
United States Attorney

MICHELLE M. PETTIT
Assistant U.S. Attorney

MIP:psd:San Diego
6/9/08