AO 455(Rev. 5/85) Waiver of Indictment

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

FILED
JUN 30 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| ANNABELL LIZETTE PLASCENCIA | CASE NUMBER: 08CR 2160-W |

I, ANNABELL LIZETTE PLASCENCIA, the above named defendant, who is accused of committing the following offense:

Importation of Marijuana, in violation of Title 21, United States Code, Sections 952 and 960 (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 6/30/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Anabel Plasencia_
Defendant

_[signature]_
Counsel for Defendant

Before _[signature]_
Judicial Officer