```
 1  KAREN P. HEWITT
    United States Attorney
 2  HAROLD W. CHUN
    Assistant United States Attorney
 3  California State Bar No. 239022
    United States Attorney's Office
 4  880 Front Street, Room 6293
    San Diego, California 92101-8893
 5  (619) 557-6519 (Phone)        (619) 557-5551 (Fax)
    E-mail: Harold.Chun@usdoj.gov
 6
    Attorneys for Plaintiff
 7  United States of America
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08-cr-2160-W |
|---|---|---|
| Plaintiff, | ) | |
| | ) | NOTICE OF APPEARANCE |
| v. | ) | |
| ANNABELL LIZETTE PLASCENCIA, | ) | |
| Defendant. | ) | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

Effective this date, the following attorneys are no longer associated with this case and should not receive any further Notices of Electronic Filings relating to activity in this case:

U S Attorney CR.

Please feel free to call me if you have any questions about this notice.

DATED: July 31, 2008.

KAREN P. HEWITT
United States Attorney

s/ *Harold W. Chun*
Harold W. Chun
Assistant United States Attorney

08-cr-2160-W

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                                         )<br>                    Plaintiff,            )<br>                                                         )<br>           v.                                         )<br>                                                         )<br> ANNABELL LIZETTE PLASCENCIA, )<br>                                                         )<br>                    Defendant.         )<br>_____) | Criminal Case No. 08-cr-2160-W<br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

   I, Harold W. Chun, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

   I am not a party to the above-entitled action. I have caused service of the foregoing NOTICE OF APPEARANCE on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them:

   Shaffy Moeel
   Federal Defenders of San Diego
   225 Broadway, Suite 900
   San Diego, CA 92101
   Email: Shaffy_Moeel@fd.org
   Attorney for Defendant

   I declare under penalty of perjury that the foregoing is true and correct.

   EXECUTED on July 31, 2008.

                                                    s/ *Harold W. Chun*
                                                    Harold W. Chun